This is Mark Connors, and this is the board. I'm here today to talk to you about the changes. I don't know if many of you look at this table. It's true. It's very gray. I know. It's funny. It's also very yellow. It's all orange. It's all snow. I think we started as a notion, maybe it's more than a notion, but I think it's important to ask all that sort of social part of our work that we've seen. It's an excellent answer. I'm a person who used to think that, you know, I'm sort of dealing with this. It's fabulous. It's amazing. Even the sense of somehow there is, you know, I don't know if you can hear me. I'm sorry. You can't hear me. Let me just say a couple of things. As somebody who's been involved in this for quite a bit of time, I've seen it. You know, I've seen shots fired. A lot of people didn't say it. But I've seen it. I've seen it. I've seen it. I think it's a very kind advice from somebody who's been here, who's been involved in the organization for many years. She's been here since she was a child. It's been three years. And it's a bad attitude towards the people who are putting the soil in. It's a really boring thing. It's harder for a party to supersede us. We want to share all of these. It's important for our future survivors. And we think that our standard is something that a lot of us take out as pieces of the puzzle. And it's a requirement that the first thing that we'll cause, and it's a really interesting feature, I'm sorry, it's a little bit intriguing, but it's a requirement that we have to look at more. It's basically our issue that we can graduate in this case. So, for those who are called NOS4, the Native American Persons of Honor, as you call them. Yes. And I think that was on Wednesday or Thursday. Yes. I don't know the age of us. I'm sorry. Well, it's just things that people call us. Oh, yes, I did. Oh, yes, I did. I don't know the age of us. I don't know the age of them. I'm going to go to the person here. And then, and that whole conversation was they told me it was their trans piece and I was like,  My first comment to them to let them know that they came before me here. Great. I asked you to come up. That took no extra time. We had a meeting three minutes ago. Dr. Panicg,  I am already Gene Kinsella. I'm upset that I couldn't hear you when I was there. Okay, So Terry ruts a little bit. ruts a little bit. Okay, so Terry ruts ruts a little bit.    so Terry ruts a little bit. Okay, so Terry ruts a little bit. Okay,  Okay, so Terry ruts
judges: Kozinski, O'scannlain, Thomas, Gould, Rawlinson, Bea, Murguia, Christen, Watford, Hurwitz, Friedland